Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IT'S MY PARTY, LLC d/b/a AUDREY
APARTMENTS,

                  Plaintiff,

      v.

SECURITY NATIONAL INSURANCE
COMPANY, a foreign corporation,

                Defendant.

NO.  2:24-cv-00387 BJR

STIPULATION AND ORDER OF
DISMISSAL

## STIPULATION

The undersigned parties stipulate that all claims that were or could have been asserted by the parties have been resolved and may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
2:24-CV-00387-BJR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 20th day of August, 2024.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By _s/ Kasey D. Huebner_
     Kasey D. Huebner, WSBA #32890
     Emily S. Knight, WSBA #60639
     600 University Street, Suite 2915
     Seattle, Washington 98101
     206.467.6477
     khuebner@gordontilden.com
     eknight@gordontilden.com

DATED this 20th day of August, 2024.

**GORDON & POLSCER, L.L.C.**
Attorneys for Defendant

By _s/ Austin Smith_
     Austin Smith, WSBA #59487
     1700 Seventh Avenue, Suite 2100
     Seattle, WA  98101
     206.223.4226
     asmith@gordon-polscer.com

STIPULATION AND ORDER OF DISMISSAL - 2
2:24-CV-00387-BJR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

## ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims that were or could have been asserted by the parties in this matter are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and fees incurred.

DATED this 22nd day of August, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL - 3
2:24-CV-00387-BJR

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477